# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-56718 MBM  
**Case Name:** GEORGE, SABAH JOSEPH  
GEORGE, FATIN SUE  
**Period Ending:** 03/31/15

**Trustee:** (420180) K. Jin Lim, Trustee  
**Filed (f) or Converted (c):** 07/11/08 (f)  
**§341(a) Meeting Date:** 08/20/08  
**Claims Bar Date:** 06/09/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | LOCATION: 2645 TOWER HILL LANE, ROCHESTER | 339,000.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNT, TCF BANK | 500.00 | 0.00 | | 0.00 | FA |
| 3 | MISCELLANEOUS HOUSEHOLD GOODS | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | MISCELLANEOUS CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | MISCELLANEOUS JEWELRY | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | CHILDREN'S COLLEGE FUND | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | 1999 FORD WINDSTAR | 900.00 | 0.00 | | 0.00 | FA |
| 8 | Promissory Note a.p. 08-5426 (u) (See Footnote) | 0.00 | 271,000.00 | | 7,220.00 | 3,325.00 |
| 9 | 1/3 interest in Bonanza Retail Corp. (u) | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 20% interest in Nova Construction LLC (u) | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Misc. Equip from Family Haircut Center LLC<br>Per schedules, as amended, on or about 8/5/08 | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | Misc. Tools for Universal Contracting Services,<br>Per schedules, as amended, on or about 8/5/08 | 200.00 | 0.00 | | 0.00 | FA |
| 12 | **Assets Totals** (Excluding unknown values) | **$356,100.00** | **$271,000.00** | | **$7,220.00** | **$3,325.00** |

RE PROP# 8 consent judgment entered 3/30/10; defendant Mumtaz George filed chapter 11 and will pay 60 monthly payments per Order Confirming Plan Docket #135 in case 10-72383. Defendant Samir George filed Chap. 13 and made only one payment of $45.00 on 10/29/13.

**Major Activities Affecting Case Closing:**

04/14/15 payments are current. jt  
01/30/15 collecting payments. jt  
10/22/14 collecting settlement payments. jt  
07/28/14 payments current. jt  
04/14/14 continuing to collect settlement payments.  
01/31/14 collecting payments. jt  
09/30/13 collecting settlement payments per order in Chapter 11 plan. jt

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 08-56718 MBM | **Trustee:** | (420180) K. Jin Lim, Trustee |
| **Case Name:** GEORGE, SABAH JOSEPH | **Filed (f) or Converted (c):** | 07/11/08 (f) |
| GEORGE, FATIN SUE | **§341(a) Meeting Date:** | 08/20/08 |
| **Period Ending:** 03/31/15 | **Claims Bar Date:** | 06/09/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** June 30, 2010    **Current Projected Date Of Final Report (TFR):** December 30, 2015

_____    /s/ K. Jin Lim, Trustee
April 17, 2015    _____
Date    K. Jin Lim, Trustee

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-56718 MBM  
**Case Name:** GEORGE, SABAH JOSEPH  
GEORGE, FATIN SUE  
**Taxpayer ID #:** **-***2614  
**Period Ending:** 03/31/15

**Trustee:** K. Jin Lim, Trustee (420180)  
**Bank Name:** The Bank of New York Mellon -Historical  
**Account:** ********1065 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/06/11 | {8} | George, Mumtaz DIP | 1 of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 175.00 |
| 01/03/12 | {8} | George, Mumtaz DIP | 2 of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 350.00 |
| 02/07/12 | {8} | George, Mumtaz DIP | 3 of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 525.00 |
| 03/08/12 | | To Account #92008172503666 | Balance Adjustment to Fund Successor Trustee Accounts | 9999-000 | | 525.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 525.00 | 525.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 525.00 | |
| | | | **Subtotal** | | 525.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$525.00** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-56718 MBM
**Case Name:** GEORGE, SABAH JOSEPH
GEORGE, FATIN SUE
**Taxpayer ID #:** **-***2614
**Period Ending:** 03/31/15

**Trustee:** K. Jin Lim, Trustee (420180)
**Bank Name:** The Bank of New York Mellon -Historical
**Account:** ********3666 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/08/12 | | Balance Adjustment to Fund Successor Account | Balance Adjustment to Fund Successor Account | 9999-000 | 525.00 | | 525.00 |
| 03/23/12 | {8} | Mumtaz George | 4of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 700.00 |
| 04/03/12 | {8} | George Mumtaz DIP | 5of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 875.00 |
| 04/16/12 | 101 | K .Jin Lim Trustee Bankruptcy estate 08-56718 George, Saba | Successor Trustee appointed 4/12/12 paid to fund successor account | 9999-000 | | 875.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 875.00 | 875.00 | $0.00 |
| | | | Less: Bank Transfers | | 525.00 | 875.00 | |
| | | | Subtotal | | 350.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $350.00 | $0.00 | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-56718 MBM  
**Case Name:** GEORGE, SABAH JOSEPH  
GEORGE, FATIN SUE  
**Taxpayer ID #:** **-***2614  
**Period Ending:** 03/31/15  

**Trustee:** K. Jin Lim, Trustee (420180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4066 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 2,275.00 | | 2,275.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,265.00 |
| 02/01/13 | {8} | Mumtaz George | 15of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 2,440.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,430.00 |
| 03/04/13 | {8} | Barbara Banfield | 16of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 2,605.00 |
| 03/28/13 | {8} | Mumtaz George | 17of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 2,780.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,770.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,760.00 |
| 05/01/13 | {8} | Mumtaz George | 18of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 2,935.00 |
| 05/28/13 | {8} | Mumatz George | 19of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 3,110.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,100.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,090.00 |
| 07/02/13 | {8} | Mumatz George | 20of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 3,265.00 |
| 07/29/13 | {8} | Mumtaz George | 21of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 3,440.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,430.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,420.00 |
| 09/03/13 | {8} | Mumtaz George | 22of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 3,595.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,585.00 |
| 10/03/13 | {8} | Mumtaz George | 23of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 3,760.00 |
| 10/29/13 | {8} | Law Office of Dakmak Peurach, P.C. | Final payment from Samir George's Chapter 13 case (brother of debtor) p/o 03/30/10 | 1249-000 | 45.00 | | 3,805.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,795.00 |
| 11/04/13 | {8} | Mumtaz George | 24of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 3,970.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,960.00 |
| 12/03/13 | {8} | Mumtaz George | 25of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 4,135.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,125.00 |

Subtotals : $4,245.00 $120.00

{} Asset reference(s)

Printed: 04/20/2015 09:14 AM    V.13.23

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 08-56718 MBM  
**Case Name:** GEORGE, SABAH JOSEPH  
GEORGE, FATIN SUE  
**Taxpayer ID #:** **-***2614  
**Period Ending:** 03/31/15  

**Trustee:** K. Jin Lim, Trustee (420180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4066 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/03/14 | {8} | Mumtaz George | 26of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 4,300.00 |
| 01/31/14 | {8} | Mumtaz George | 27of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 4,475.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,465.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,455.00 |
| 03/03/14 | {8} | Barbara Banfield | 28of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 4,630.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,620.00 |
| 04/07/14 | {8} | Barbara George | 29of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 4,795.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,785.00 |
| 05/01/14 | {8} | Mumtaz George | 30of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 4,960.00 |
| 05/30/14 | {8} | Mumtaz George | 31of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 5,135.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,125.00 |
| 06/30/14 | {8} | Mumtaz George | 32of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 5,300.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,290.00 |
| 07/30/14 | {8} | Barbara Banfield | 33of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 5,465.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,455.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,445.00 |
| 09/03/14 | {8} | Barbara Banfield | 34of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 5,620.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,610.00 |
| 10/02/14 | {8} | Barbara Banfield | 35of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 5,785.00 |
| 10/31/14 | {8} | Barbara Banfield | 36of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 5,960.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,950.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,940.00 |
| 12/01/14 | {8} | Mumtaz George | 37of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 6,115.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,105.00 |
| 01/05/15 | {8} | Barbara Banfield | 38of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 6,280.00 |

Subtotals: $2,275.00 $120.00

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 08-56718 MBM
**Case Name:** GEORGE, SABAH JOSEPH
GEORGE, FATIN SUE
**Taxpayer ID #:** **-***2614
**Period Ending:** 03/31/15

**Trustee:** K. Jin Lim, Trustee (420180)
**Bank Name:** Rabobank, N.A.
**Account:** ******4066 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,270.00 |
| 02/02/15 | {8} | Barbara Banfield | 39of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 6,445.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,435.00 |
| 03/02/15 | {8} | Barbara Banfield | 40 of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 6,610.00 |
| 03/25/15 | {8} | Barbara Banfield | 41 of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 6,785.00 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.14 | 6,774.86 |
| | | | **ACCOUNT TOTALS** | | 7,045.00 | 270.14 | **$6,774.86** |
| | | | Less: Bank Transfers | | 2,275.00 | 0.00 | |
| | | | **Subtotal** | | 4,770.00 | 270.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,770.00** | **$270.14** | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 08-56718 MBM
**Case Name:** GEORGE, SABAH JOSEPH
GEORGE, FATIN SUE
**Taxpayer ID #:** **-***2614
**Period Ending:** 03/31/15

**Trustee:** K. Jin Lim, Trustee (420180)
**Bank Name:** The Bank of New York Mellon
**Account:** ****-******12-66 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/12 | | Tim Miller, Former Trustee | transfer of funds from former trustee Dakmak | 9999-000 | 875.00 | | 875.00 |
| 05/08/12 | {8} | Mumtaz George | 6of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 1,050.00 |
| 06/04/12 | {8} | Mumtaz George | 7of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 1,225.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,200.00 |
| 07/02/12 | {8} | George Mumtaz DIP | 8of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 1,375.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,350.00 |
| 08/02/12 | {8} | Mumtaz George | 9of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 1,525.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,500.00 |
| 09/05/12 | {8} | Mumtaz George | 10of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 1,675.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,650.00 |
| 10/01/12 | {8} | Barbara Banfield | 11of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 1,825.00 |
| 10/31/12 | {8} | Barbara Banfiled | 12of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 2,000.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,975.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,950.00 |
| 12/03/12 | {8} | Barbara Banfield | 13of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 2,125.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,100.00 |
| 01/07/13 | {8} | Mumtaz George | 14of 60 payment on a.p. claim in bankruptcy case of Mumtaz George 10-72383-tjt Doc 135 | 1249-000 | 175.00 | | 2,275.00 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001042018088 20130110 | 9999-000 | | 2,275.00 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 2,450.00 | 2,450.00 | $0.00 |
| Less: Bank Transfers | 875.00 | 2,275.00 | |
| **Subtotal** | 1,575.00 | 175.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,575.00** | **$175.00** | |

{} Asset reference(s)    08-56718-mbm    Doc 58    Filed 04/21/15    Entered 04/21/15 09:28:28    Page 8 of 9    Printed: 04/20/2015 09:14 AM    V.13.23

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 08-56718 MBM | |
| **Case Name:** | GEORGE, SABAH JOSEPH | |
| | GEORGE, FATIN SUE | |
| **Taxpayer ID #:** | **-***2614 | |
| **Period Ending:** | 03/31/15 | |

| | | |
|---|---|---|
| **Trustee:** | K. Jin Lim, Trustee (420180) | |
| **Bank Name:** | The Bank of New York Mellon | |
| **Account:** | ****-******12-66 - Checking Account | |
| **Blanket Bond:** | $2,000,000.00 (per case limit) | |
| **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********1065 | 525.00 | 0.00 | 0.00 |
| Checking # ********3666 | 350.00 | 0.00 | 0.00 |
| Checking # ******4066 | 4,770.00 | 270.14 | 6,774.86 |
| Checking # ****-******12-66 | 1,575.00 | 175.00 | 0.00 |
| | $7,220.00 | $445.14 | $6,774.86 |

| | |
|---|---|
| April 17, 2015 | /s/ K. Jin Lim, Trustee |
| Date | K. Jin Lim, Trustee |